IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| GUNNAR JAMES EBERT | Violation:  18 U.S.C. §§ 922(g)(3), 924(a)(8), and 2 |

**Possession of Firearms and Ammunition by a Drug User or Addict**

The Grand Jury Charges:

Between on or about June 17, 2023, and on or about October 8, 2024, in the District of North Dakota,

GUNNAR JAMES EBERT

knowing that he was an unlawful user of, and addicted to, any controlled substance, did knowingly possess in and affecting commerce firearms and ammunition, that is:

(1)   Hi-Point, Model C9, 9mm pistol, Serial Number P10154935;
(2)   DPMS, Model A-15, .223 caliber rifle, Serial Number FH75103;
(3)   Hi-Point, Model 4595, .45 caliber rifle, Serial Number R62999;
(4)   Marlin, Model 25M, .22 caliber rifle, Serial Number 16658832;
(5)   Glock, Model 22, .40 caliber pistol, Serial Number GPS042;
(6)   Howa, Model 1500, .243 caliber rifle, Serial Number B163500;
(7)   Remington, Model 870 Wingmaster, 12-gauge shotgun, Serial Number 1025227V;
(8)   Bearman, Model BBG 38, .38 caliber pistol, Serial Number BT049161;
(9)   Mossberg, Model 505, 20-gauge shotgun, Serial Number UO70934;
(10) SIG Sauer, Model P226, 9mm pistol, Serial Number U641844;
(11) Multiple rounds of .22 caliber ammunition;
(12) Multiple rounds of .38 caliber ammunition;
(13) Multiple rounds of .40 caliber ammunition; and
(14) Multiple rounds of 9mm ammunition;

In violation of Title 18, United States Code, Sections 922(g)(3), 924(a)(8), and 2.

FORFEITURE NOTICE

Upon conviction of the offense alleged in this Indictment,

GUNNAR JAMES EBERT

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including the following:

(1) Hi-Point, Model C9, 9mm pistol, Serial Number P10154935;
(2) DPMS, Model A-15, .223 caliber rifle, Serial Number FH75103;
(3) Hi-Point, Model 4595, .45 caliber rifle, Serial Number R62999;
(4) Marlin, Model 25M, .22 caliber rifle, Serial Number 16658832;
(5) Glock, Model 22, .40 caliber pistol, Serial Number GPS042;
(6) Howa, Model 1500, .243 caliber rifle, Serial Number B163500;
(7) Remington, Model 870 Wingmaster, 12-gauge shotgun, Serial Number 1025227V;
(8) Bearman, Model BBG 38, .38 caliber pistol, Serial Number BT049161;
(9) Mossberg, Model 505, 20-gauge shotgun, Serial Number UO70934;
(10) SIG Sauer, Model P226, 9mm pistol, Serial Number U641844;
(11) Multiple rounds of .22 caliber ammunition;
(12) Multiple rounds of .38 caliber ammunition;
(13) Multiple rounds of .40 caliber ammunition; and
(14) Multiple rounds of 9mm ammunition;

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

JTR/DDH/ak